GALLIAN WELKER & BECKSTROM, L.C.
Nathan E. Lawrence, SBN 15060
Travis N. Barrick, SBN 9257
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
nlawrence@vegascase.com
*Attorneys for Plaintiff David A. Gonzalez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>RENEE BAKER, TARA L. CARPENTER; DWAYNE L. BAZE; MARIA WARD; FRANCISCO BAUTISTA; VALAREE C. OLIVAS; and STEPHEN P. CLARK; collectively,<br><br>Defendants. | Case No.: 2:20-cv-01879-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS FRANCISCO BAUTISTA AND STEPHEN P. CLARK TO FILE AN ANSWER OR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff DAVID A. GONZALEZ, by and through the law offices of GALLIAN WELKER & BECKSTROM, L.C., and Defendants FRANCISCO BAUTISTA and STEPHEN P. CLARK, by and through their counsel, AARON D. FORD, Attorney General, and Deputy Attorney General Alexander J. Smith, Esq., hereby submit this Stipulation and Order for Extension of Time for Defendants Francisco Bautista and Stephen P. Clark to File an Answer or Responsive Pleading.

This is the first stipulation for extension of time to file an answer or responsive pleading with respect to the referenced Defendants, and this stipulation is presented to the Court on or before the deadline to file their answer. Good cause supports this request for extension as detailed below, and this extension of time is not for the purpose of or resultant in undue delay.

Defendants Francisco Bautista and Stephen P. Clark are the only Defendants presently

employed by the Nevada Department of Corrections ("NDOC"), and, as such, service of process was effected on both named Defendants on November 6, 2020, at the NDOC offices located in Carson City, Nevada. On November 16, 2020, pursuant to colloquy between Plaintiff's counsel and Deputy Attorney General Alexander J. Smith, Esq., Plaintiff's counsel submitted requests for waiver of service of summons for each of the remaining five Defendants, who are reasonably anticipated to avail themselves of representation through the offices of the Attorney General.

In accordance with the terms of the waivers of service of summons, the remaining Defendants are not required to file an answer or other responsive pleading until January 15, 2021. To eliminate the necessity for duplicative pleadings and undue burden on counsel, the Plaintiff and indicated Defendants hereby stipulate to extend the time for Defendants Francisco Bautista and Stephen P. Clark to file an answer or responsive pleading until January 15, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 16th day of November 2020. | DATED this 16th day of November 2020. |
| GALLIAN WELKER & BECKSTROM, L.C. | AARON D. FORD, Attorney General |
| *[signature]* | /s/ Alexander J. Smith |
| Nathan E. Lawrence, SBN 15060 | Alexander J. Smith, SBN 15484C |
| Travis N. Barrick, SBN 9257 | 555 E. Washington Ave., Suite 3900 |
| 540 E. St. Louis Avenue | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89104 | Telephone: (702) 486-3420 |
| Telephone: (702) 892-3500 | AJSmith@ag.nv.gov |
| nlawrence@vegascase.com | *Attorneys for Defendants Francisco* |
| *Attorneys for Plaintiff David A. Gonzalez* | *Bautista and Stephen P. Clark* |

**IT IS SO ORDERED.**

DATED: November 17, 2020

*[signature]*

UNITED STATES MAGISTRATE JUDGE