# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID A. GONZALEZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-01879-JCM-DJA<br><br>**ORDER** |

　　　This matter is before the Court on the parties' Stipulation to Extend the Discovery Deadline and Dispositive Motions (ECF No. 17), filed on September 22, 2021.  The Court has reviewed the Stipulation and finds that it does not comply with LR 26-3.  While the parties include a paragraph citing the legal standard governing extension requests, they fail to address, let alone demonstrate, that the filing of this Stipulation after the expiration of the discovery cutoff deadline, which expired on September 13, 2021, was the result of excusable neglect. "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of <u>excusable neglect</u>."  LR 26-3 (emphasis added).  Accordingly,

　　　IT IS THEREFORE ORDERED that the parties' Stipulation to Extend the Discovery Deadline and Dispositive Motions (ECF No. 17) is **denied without prejudice**.

　　　IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause or excusable neglect for the requested extension.

　　　DATED:  September 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE