AARON D. FORD
  Attorney General
D. Randall Gilmer
  Chief Deputy Attorney General
Office of the Attorney General
State of Nevada
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
Email: drgilmer@ag.nv.gov

*Attorneys for Defendants*
*Lora Chan and William Miller*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. GONZALEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RENEE BAKER, TARA L. CARPENTER, DWAYNE L. BAZE, MARIA WARD, FRANCISCO BAUTISTA, VALAREE C. OLIVAS, and STEPHEN P. CLARK<br><br>        Defendants. | Case No. 2:20-cv-01879-JCM-DJA<br><br>**STIPULATION AND ORDER TO DIMSISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and through counsel, GALLIAN WELKER & BECKSTROM, L.C., on behalf of DAVID A. GONZALEZ, and D. Randall Gilmer, Chief Deputy Attorney General, on behalf of Defendants RENEE BAKER, TARA L. CARPENTER, DWAYNE L. BAZE, MARIA WARD, FRANCISCO BAUTISTA, VALAREE C. OLIVAS, and STEPHEN P. CLARK, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 20th day of October, 2022.　　　DATED this 20th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　By: /s/ D. Randall Gilmer
Nathan E. Lawrence, NV Bar No. 15060　　　　D. Randall Gilmer, NV Bar No. 14001
Travis N. Barrick, NV Bar No. 9257　　　　　　Chief Deputy Attorney General
540 E. St. Louis Avenue　　　　　　　　　　　　*Attorneys for Defendants*
Las Vegas, Nevada 89104
702.892.3500
nlawrence@vegascase.com

*Attorneys for Plaintiff, David A. Gonzalez*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED October 24, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE